*William B. Westcott*, special public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided January 22, 2004

## STATE OF CONNECTICUT *v.* HOWARD GOMBERT, JR.

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 477 (AC 23012), is denied.

*Kent Drager*, senior assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided January 22, 2004

## TOWN OF EAST HAMPTON *v.* DEPARTMENT OF PUBLIC HEALTH

The plaintiff's petition for certification for appeal from the Appellate Court, 80 Conn. App. 248 (AC 23275), is denied.

*Jean M. D'Aquila*, in support of the petition.

*Rosemary M. McGovern*, assistant attorney general, in opposition.

Decided January 22, 2004